*In re* **Hollander,** Howard David (MR 16710)
Chicago, IL

Order of the Court:

The motion by Howard David Hollander to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **Horne,** Wayne Niles (MR 16743)
Chicago, IL

Order of the Court:

The petition by respondent Wayne Niles Horne for leave to file exceptions to the report and recommendation of the Review Board is denied. The report and recommendation of the Review Board is approved and confirmed, and respondent is disbarred.